Matter of McGuire (2025 NY Slip Op 04397)

Matter of Mcguire

2025 NY Slip Op 04397

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, SMITH, AND HANNAH, JJ.

541 CA 24-00588

[*1]IN THE MATTER OF THE ESTATE OF FRANCIS J. MCGUIRE, ALSO KNOWN AS FRANK J. MCGUIRE, DECEASED. —————————————————————————— JORDAN A. TRIPI, PETITIONER-RESPONDENT; JEANNE MARIE MCGUIRE, KATHLEEN MCGUIRE, F. JAMES MCGUIRE, KELLY MCGUIRE, JACQUELYN MCGUIRE GURNEY, RESPONDENTS-APPELLANTS, AND MICHAEL J. MCGUIRE, RESPONDENT. (APPEAL NO. 1.) 

MAGAVERN MAGAVERN GRIMM LLP, BUFFALO (EDWARD J. MARKARIAN OF COUNSEL), FOR RESPONDENT-APPELLANT JEANNE MARIE MCGUIRE.
LIPPES MATHIA, LLP, BUFFALO (COURTNEY J. DONAHUE TASNER OF COUNSEL), FOR RESPONDENT-APPELLANT KATHLEEN MCGUIRE. 
COLE, SORRENTINO, HURLEY, HEWNER AND GAMBINO, P.C., BUFFALO (THOMAS F. HEWNER OF COUNSEL), FOR RESPONDENTS-APPELLANTS F. JAMES MCGUIRE, KELLY MCGUIRE AND JACQUELYN MCGUIRE GURNEY. 
 

 Appeals from an order of the Surrogate's Court, Erie County (Acea M. Mosey, S.), entered February 20, 2024. The order granted the application of petitioner to the extent it sought to compel nonconsensual DNA testing of a child of decedent. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs.
Same memorandum as in Matter of McGuire ([appeal No. 2] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court